STATE of Missouri, Respondent,

v.

Chester Allen BETTIS, Appellant.

No. WD 38506.

Missouri Court of Appeals, Western District.

May 19, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and PRITCHARD and TURNAGE, JJ.

ORDER

PER CURIAM:

Bettis appeals a jury conviction of first degree assault, § 565.050, RSMo 1978, and sentence as a persistent offender to 25 years to run concurrently to a related burglary offense but consecutive to a sentence he was already serving in the penitentiary.

Judgment affirmed. Rule 30.25(b).